**Order filed November 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00779-CV
_____

### DIERDRE VIA, Appellant

### V.

### LARRY WOODROW AND WARREN TREPTOW, Appellees

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 16-CV-1385**

# O R D E R

Appellant's brief was due November 10, 2017. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court by **December 11, 2017**, the court will dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

PER CURIAM